# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* Nexletol/Nexlizet ANDA Litigation | **PRETRIAL SCHEDULING ORDER**<br><br>Consolidated Civil Action No. 2:24-cv-05921 (JXN-CLW) |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on **December 17, 2024**, and the parties having reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

**IT IS** on this 19th day of December, 2024,

**ORDERED THAT** the next event in this matter will be **a telephone conference on March 3, 2025 at 1:00 p.m.** Counsel are to use the teleconference dial-in: 855-244-8681 and Access Code: 23021816037. An attendee ID # is not necessary; and it is

**FURTHER ORDERED** that this matter will proceed in accordance with the following schedule:

| Event | Deadline |
|---|---|
| Parties to file proposed Discovery Confidentiality Order pursuant to L. Pat. R. 2.2 | January 10, 2025 |
| Parties to exchange the information required by Fed. R. Civ. P. 26(a)(1) | January 14, 2025 |
| Plaintiff to serve Disclosure of Asserted Claims pursuant to L. Pat. R. 3.6(b) | January 17, 2025 |
| Defendants to serve the written basis for their Invalidity Contentions pursuant to L. Pat. R. 3.6(c)-(d), including disclosures required under L. Pat. R. 3.3, and production of documents required under L. Pat. R. 3.4(b) and (c) | February 20, 2025 |

| | |
|---|---|
| Defendants to serve the written basis for their Non-Infringement Contentions pursuant to L. Pat. R. 3.6(e)-(f) for any patent included in the Paragraph IV Certification, including a claim chart identifying each claim at issue in the case and each limitation of each claim at issue.  The claim chart shall specifically identify for each claim which claim limitation(s) is(are) literally absent from the ANDA or NDA, and production of documents or things Defendants intends to rely on in defense against infringement contentions | February 20, 2025 |
| Parties file proposed electronic discovery plan and ESI Order | February 13, 2025 |
| Plaintiff to serve its Disclosure of Asserted Claims and Infringement Contentions pursuant to L. Pat. R. 3.6(g)-(h) for all patents referred to in the Paragraph IV Certification, which shall contain all disclosures required by L. Pat. R. 3.1, and production of all documents required under L. Pat. R. 3.2 | April 17, 2025 |
| Plaintiff to serve its Responses to Defendants' Invalidity Contentions pursuant to L. Pat. R. 3.6(i), including production of any documents or things that the party intends to rely on in support of its responses | April 17, 2025 |
| Parties to exchange proposed terms for claim construction pursuant to L. Pat. R. 4.1(a) | May 1, 2025 |
| Parties to simultaneously exchange preliminary proposed constructions of each term identified by any party for claim construction and identify all intrinsic evidence, all references from the specification or prosecution history that support its preliminary proposed construction and designate any supporting extrinsic evidence pursuant to L. Pat. R. 4.2(a)-(b) | May 22, 2025 |
| Parties to exchange an identification of all intrinsic evidence and extrinsic evidence that each party intends to rely upon to oppose any other party's proposed construction pursuant to L. Pat. R. 4.2(c) | June 12, 2025 |
| Parties to meet and confer for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement pursuant to L Pat. R. 4.2(d) | June 26, 2025 |
| Parties to complete and file a Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.3(a)-(e) | July 17, 2025 |
| Parties to complete all discovery relating to claim construction, including any depositions with respect to claim | August 6, 2025 |

| | |
|---|---|
| construction of any witnesses, <u>other than experts</u>, identified in the Preliminary Claim Construction statement or Joint Claim Construction and Prehearing Statement pursuant to L. Pat. R. 4.4 | |
| Parties to simultaneously file and serve their opening *Markman* briefs and any evidence supporting claim construction, including experts' certifications or declarations pursuant to L. Pat. R. 4.5(a) | September 4, 2025 |
| Completion of expert discovery related to Claim Construction pursuant to L. Pat. R. 4.5(b) | October 6, 2025 |
| Substantial completion of document production | September 26, 2025 |
| Parties to contemporaneously file responsive *Markman* submissions pursuant to L. Pat. 4.5(c) | November 5, 2025 |
| Parties to propose schedule to the Court for Claim Construction Hearing pursuant to L. Pat. R. 4.6 | November 19, 2025 |
| *Markman* hearing | **TBD** – anticipated for the week of December 8, 2025, subject to the Court's availability |
| Deadline for parties to seek leave to amend pleadings or join parties without leave of Court | October 8, 2025 |
| Advice of Counsel – if applicable – production/inspection of documents, written summary of advice, and production of privilege log pursuant to L. Pat. R. 3.8 | 30 days after issuance of *Markman* Order or upon such date as set by the Court |
| Close of fact discovery, including third-party discovery | January 21, 2026 |
| Opening expert reports on claims and defenses for which the party bears the burden of proof, including Plaintiff's opinions on objective indicia of non-obviousness | March 11, 2026 |
| Responsive expert reports for claims and defenses of party not bearing burden of proof | April 22, 2026 |
| Reply expert reports for claims and defenses of party bearing burden of proof | May 20, 2026 |
| Close of expert discovery | June 30, 2026 |
| Filing deadline for *Daubert* motions | July 28, 2026 |
| *Daubert* motion opposition briefs due | August 21, 2026 |
| *Daubert* motion reply briefs due | September 4, 2026 |

| Hearing on *Daubert* motions | **TBD** – anticipated for the week of September 28, 2026, subject to Court availability |
| --- | --- |
| Submission of Joint Pretrial Order | December 11, 2026 |
| Final Pretrial Conference | Anticipated January 2027 |
| Trial | Anticipated January 2027 |
| Earliest 30-Month Stay Expires | August 21, 2027 |

and it is;

  **FURTHER ORDERED** that the following shall apply in this matter:

1.  **Limitations on Discovery**. The parties' agreements regarding Interrogatories, Depositions, Requests for Admission, and Requests for Production – as set forth in their Joint Discovery Plan – are hereby incorporated by reference herein and adopted as an Order of the Court.

2.  **Electronic Discovery**. The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

3.  **Discovery Disputes**. Please refer to the Court's Civil Case Management Order.

4.  **Motion Practice**. For any motions OTHER than those described in the table above, please refer to the Court's Civil Case Management Order.

5.  **Form and Content of Expert Reports**. All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B). No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

6.  **Extensions and Adjournments**. Please refer to the Court's Civil Case Management Order.

7.  **Protective Orders**. Any proposed confidentiality order agreed to by the parties must strictly comply with Rule 26(c), Local Civil Rule 5.3, and applicable case law. Please also refer to the Court's Civil Case Management Order.

8.  **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

9. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS WILL RESULT IN SANCTIONS**.

                                                s/ Cathy L. Waldor
                                                **CATHY L. WALDOR**
                                                **United States Magistrate Judge**