

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-XXX

February 28, 2025

<u>*Via ECF*</u>
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  *In re Nexletol/Nexlizet ANDA Litigation.*, **2:24-5921 (JXN-CLW)**

Dear Judge Waldor:

   We, together with Crowell & Moring LLP, represent Defendant Sandoz Inc. (herein "Sandoz") in the above-captioned matter. We write on behalf of all parties to jointly request, respectfully, that the telephone conference scheduled for March 3, 2025 at 1:00pm (ECF No. 50) before Your Honor be adjourned.

   At this time, the parties have no updates for Your Honor and there are currently no issues that require the Court's attention. We therefore respectfully request that the telephone conference be rescheduled for a date in late April 2025, subject to the Court's availability and convenience.

   We thank the Court for its attention to this matter and remain available at Your Honor's convenience to address any questions or concerns.

Respectfully submitted,

*s/ Eric I. Abraham*
ERIC I. ABRAHAM

cc:   All counsel of record via ECF