

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

April 17, 2025

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re Nexletol/Nexlizet ANDA Litigation*
      Civil Action No. 2:24-cv-05921 (JXN-CLW)

Dear Judge Waldor:

This firm, together with A&O Shearman, represents Plaintiff Esperion Therapeutics, Inc. ("Plaintiff"), in connection with the above-referenced matter.

Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Katherine P. Kieckhafer as Plaintiff's *pro hac vice* counsel. Ms. Kieckhafer was admitted *pro hac vice* on behalf of Plaintiff by this Court's Order on July 17, 2024 (D.E. 25). The law firms of Walsh Pizzi O'Reilly Falanga LLP and A&O Shearman will continue to represent Plaintiff in this action.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and E-Mail)

SO ORDERED this ____ day of ____, 2025.

_____
Hon. Cathy L. Waldor, U.S.M.J.