Liza M. Walsh
Katelyn O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiff Esperion Therapeutics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* Nexletol/Nexlizet ANDA Litigation | Civil Action No. 2:24-cv-05921 (JXN-CLW) (Consolidated)<br><br>*Filed Electronically* |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
### ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Matthew Miner, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Matthew Miner to appear *pro hac vice* in the within matter was entered on April 30, 2025; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: May 2, 2025

*s/Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Plaintiffs*

**<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>**
Matthew Miner
ALLEN OVERY SHEARMAN STERLING USA LLP
1101 New York Avenue, NW
Washington, D.C. 20005
(202) 683-3800
Email: matthew.miner@aoshearman.com