

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

April 29, 2025

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Nexletol/Nexlizet ANDA Litigation*
Civil Action No. 2:24-cv-05921 (JXN-CLW)

Dear Judge Waldor:

This firm, together with A&O Shearman, represents Plaintiff Esperion Therapeutics, Inc. ("Plaintiff"), in connection with the above-referenced matters.

We write on behalf of all parties to respectfully request a limited adjustment to the current case schedule (ECF No. 58), subject to Your Honor's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff to serve disclosure of asserted claims, infringement contentions, production of documents under L. Pat. R. 3.2, and Responses to Invalidity contentions | Thursday, May 1, 2025 | Thursday, May 8, 2025 |
| Parties to exchange proposed terms for claim construction | Thursday, May 8, 2025 | Thursday, May 22, 2025 |
| Parties to exchange preliminary proposed constructions and identify all intrinsic and extrinsic evidence | Thursday, May 22, 2025 | Thursday, June 5, 2025 |
| Parties to exchange intrinsic and extrinsic evidence to oppose any other party's proposed construction | Thursday, June 12, 2025 | Wednesday, June 18, 2025 |

Honorable Cathy L. Waldor, U.S.M.J.
April 29, 2025
Page 2

| Parties to meet and confer for purposes of narrowing issues and finalize joint claim construction and prehearing statement | Thursday, June 26, 2025 | Tuesday, July 1, 2025 |
|---|---|---|
| Parties to complete and file Joint Claim Construction and Prehearing Statement | Thursday, July 17, 2025 | Thursday, July 17, 2025 |

If this schedule meets with Your Honor's approval, the parties respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and E-Mail)

**IT IS on this __2nd__ day of May, 2025**
**SO ORDERED:**

*s/ Cathy L. Waldor*
_____
**Hon. Cathy L. Waldor, U.S.M.J.**