**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

May 9, 2025

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re Nexletol/Nexlizet ANDA Litigation*
      Civil Action No. 2:24-cv-05921 (JXN-CLW)

Dear Judge Neals:

This firm, together with A&O Shearman, represents Plaintiff Esperion Therapeutics, Inc. ("Plaintiff"), in connection with the above-referenced matter. On behalf Plaintiff and Defendants Micro Labs USA, Inc. and Micro Labs Limited, enclosed for the Court's consideration is a Stipulation and Proposed Order of Dismissal of this matter only. All other claims against all other defendants in these consolidated actions remain pending.

If the Stipulation and Proposed Order meets with Your Honor's approval, we respectfully request that Your Honor execute and have it entered on the docket.

We thank the Court for its consideration of the attached and are available should Your Honor or your staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Enclosure
cc:   All Counsel of Record (via ECF and E-Mail)