

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 4, 2025

**VIA ECF**
Honorable Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *In re Nexletol/Nexlizet ANDA Litigation*
     **Civil Action No. 2:24-cv-05921 (JXN-CLW)**

Dear Judge Fais:

  This firm, together with A&O Shearman, represents Plaintiff Esperion Therapeutics, Inc. ("Plaintiff"), in connection with the above-referenced consolidated matters.

  Pursuant to the Pretrial Scheduling Order (ECF No. 50), the deadline to file and serve opening Markman briefs is today, September 4, 2025. We write on behalf of all other parties to respectfully request that the deadline for the parties to file opening Markman briefs be extended from September 4, 2025 to September 18, 2025. Good cause exists for this limited extension of time to allow the parties to finalize arguments to be presented to the Court.

  If this request is amenable to the Court, we respectfully request that Your Honor "So Order" this letter and enter it on the docket. We thank the Court for its continued attention to this matter. We are available should Your Honor or Your Honor's staff have any questions or need anything further.

          Respectfully submitted,

          *s/Liza M. Walsh*

          Liza M. Walsh

cc: All Counsel of Record (via ECF and E-Mail)

Honorable Cari Fais, U.S.M.J.
September 4, 2025
Page 2


SO ORDERED this ____, day of _____, 2025


_____
Honorable Cari Fais, U.S.M.J.