Liza M. Walsh
Katelyn O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiff Esperion Therapeutics, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NEXLETOL/NEXLIZET ANDA Litigation | Consolidated Civil Action No. 2:24-cv-05921 (JXN-CF) |
| ESPERION THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES INC. AND DR. REDDY'S LABORATORIES LTD.<br><br>Defendants. | C.A. No. 2:24-cv-06391 (JXN-CF)<br><br>*Filed Electronically* |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Esperion Therapeutics, Inc. ("Plaintiff") and Defendants Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd. (collectively, "Defendants") hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the Plaintiff and Defendants in C.A. 24-cv-06391, as

consolidated into C.A. No. 24-05921, are hereby dismissed without prejudice, with each party to bear its own costs, fees and expenses incurred in relation to this action.

This stipulation is not intended to impact other claims asserted by Plaintiff against all other defendants and counterclaims asserted by all other defendants against Plaintiff in the consolidated actions.

Dated: October 6, 2025

Respectfully submitted,

By: */s/ Melissa E. Flax*
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 422-5526

William A. Rakoczy
Eric R. Hunt
Greg L. Goldblatt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157
wrakoczy@rmmslegal.com
ehunt@rmmslegal.com
ggoldblatt@rmmslegal.com

*Attorneys for Defendants, Dr. Reddy's Laboratories Inc., and Dr. Reddy's Laboratories Ltd.*

By: */s/ Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL:
Nicholas K. Mitrokostas
John T. Bennett
Jessica Rivilis
Michael Wiper
ALLEN OVERY SHEARMAN STERLING USA LLP
One Beacon Street
Boston, MA 02108
(857) 353 4500

Elizabeth J. Holland
Becky Steephenson
Ryan Curiel
ALLEN OVERY SHEARMAN STERLING USA LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

Jenny Zhang
Colby Davis
Michelle Bone

ALLEN OVERY SHEARMAN STERLING USA LLP
1101 New York Avenue, NW
Washington, D.C.
(202) 683-3800

*Attorneys for Plaintiff*
*Esperion Therapeutics, Inc.*

IT IS SO ORDERED this _____ day of October, 2025.

_____
The Honorable Julien Xavier Neals