

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

October 8, 2025

*Via ECF*
Honorable Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re Nexletol/Nexlizet ANDA Litigation, No. 2:24-cv-05921 (JXN-CF)*

Dear Judge Fais:

We, together with Crowell & Moring LLP, represent Defendant Sandoz Inc. (herein "Sandoz") in the above-captioned matter. We write on behalf of all Defendants and Plaintiff Esperion Therapeutics, Inc. to request an extension of the deadline for the parties to seek leave to amend pleadings or join parties without leave of Court.

Pursuant to the December 19, 2024 Pretrial Scheduling Order (ECF No. 50), today is the deadline for the parties to seek leave to amend pleadings or join parties without leave of Court. The parties respectfully request that this deadline be extended to December 10, 2025.

The dates in the Order entered by the Court on September 26, 2025 (ECF No. 166) will remain unchanged if this extension request is granted.

If the request herein meets with this Court's approval, we respectfully request that Your Honor "SO ORDER" this letter and enter it on the docket.

We thank the Court for its attention to this matter and remain available at Your Honor's convenience to address any questions or concerns.

Respectfully submitted,

*s/ Eric I. Abraham*
ERIC I. ABRAHAM

cc:   All counsel of record via ECF

**SO ORDERED on _____ day of October, 2025.**

_____
**Hon. Cari Fais, U.S.M.J.**