

WWW.RIVKINRADLER.COM

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

October 31, 2025

**VIA ECF**
Honorable Cari Fais, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:  *In re: Nexletol/Nexlizet ANDA Litigation*
          Civil Action No.: 2:24-cv-05921 (JXN)(CF)

Dear Judge Fais:

     This firm, together with ArentFox Schiff LLP, represents defendants Apitoria Pharma Private Limited and Aurobindo Pharma Limited ("Defendants"). We write to respectfully request a one-week extension of Defendants' November 3, 2025 deadline for substantial completion of document production. D.E. 166. Defendants require additional time to work through technical issues that are delaying their production of documents. This request, if granted, would extend the deadline to Monday, November 10, 2025. Plaintiff consents to this request. This is the second request for an extension of this deadline.

     If this request is amenable to the Court, we respectfully request that Your Honor So Order this letter and enter it on the docket. We thank the Court for its attention to this matter.

                              Respectfully submitted,
                              **RIVKIN RADLER LLP**

                              *s/ Gregory D. Miller*
                              Gregory D. Miller

cc: All Counsel of Record (via ECF)



Honorable Cari Fais, U.S.M.J.
October 31, 2025
Page 2 of 2

SO ORDERED:

_____
HON. CARI FAIS, U.S.M.J.